# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

_____

## No. 14-4212
_____

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee

v.

**JEROME FINCH,**

Defendant-Appellant.

---

**APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLED DISTRICT OF NORTH CAROLINA**
**1:13 CR 311**

---

**MOTION FOR EXTENSION OF TIME TO FILE JEROME FINCH'S OPENING BRIEF**

---

Craig M. Cooley
Cooley Law Office
1000 Centre Greenway, Ste. 200
Cary, NC 27513
919-228-6333 (office)
919-287-2531 (fax)
craig.m.cooley@gmail.com

**ATTORNEY FOR APPELLANT**

Undersigned counsel represents Jerome Finch (Defendant-Appellant). Finch's opening brief is due **10 June 2014**. Due to a personal-family crisis, counsel cannot meet this deadline and respectfully requests a **sixty-day (60)** day extension to file Finch's opening brief, making the new due date **11 August 2014**. Counsel's request is made in good-faith and based on the following facts.

1. On 23 August 2014, Finch and his co-defendant, Jermaine Finch (Jermaine), pled guilty to Possession with Intent to Distribute Cocaine Hydrochloride. *See* 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C).

2. On 1 January 2014, the Honorable William L. Osteen sentenced Finch to fifty-three (53) months imprisonment and three (3) years supervised release.

3. On 4 March 2014, Judge Osteen entered judgment.

4. On 10 March 2014, Finch filed a timely notice of appeal.

5. On 19 March 2014, the Court appointed counsel to represent Finch on appeal.

6. On 6 May 2014, court reporter, Joe Armstrong, served copies of the following transcripts on counsel: (1) the 23 August 2013 Plea Agreement; and (2) the 16 January 2014 Sentencing Hearing.

7. On 6 May 2014, the Court entered an Order identifying 10 June 2014 as the due date for Finch's opening brief.

8. On 8 May 2014, counsel's wife had an emergency c-section in Toronto, Ontario, giving birth to premature twins (Penny and Zoe). Counsel's wife was in Toronto visiting family for Mother's Day. The twins were born more than 3 months premature (at 26 weeks gestation) and immediately placed in the NICU at Mount Sinai Hospital. Counsel immediately traveled to Toronto to be with his wife and baby twins and has been in Toronto for the last four weeks.

9. On 20 May 2014, counsel and his wife suffered a heartbreaking loss when Zoe unexpectedly passed away from a rare intestinal infection. Needless to say, since Zoe's passing, counsel has been preoccupied with personal-family issues and has yet to read the transcripts or prepare Finch's opening brief.

10. Counsel has set up a temporary office in Toronto because Penny will be in the NICU at least until late August/early September. Counsel returned to work today, but due to the last four weeks, he has numerous cases to address and briefs and post-conviction petitions to write.

11. **WHEREFORE**, counsel respectfully requests an additional sixty (60) days to write and file Finch's opening brief, making the new due date **11 August 2014**.

Respectfully submitted this the 3rd day of June, 2014.

> */s/ Craig M. Cooley*
> Craig M. Cooley
> Cooley Law Office
> NC Bar No. 45627
> 1000 Centre Greenway, Ste. 200
> Cary, NC 27513
> 919-228-6333 (office)
> 919-287-2531 (fax)
> craig.m.cooley@gmail.com
> www.nc-criminal-appeals.com