FILED: June 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4212

(1:13-cr-00311-WO-2)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JEROME ELLIOTT FINCH

    Defendant - Appellant

_____

O R D E R

_____

By order filed May 15, 2014 the court rescinded the briefing schedule pending the filing of the outstanding transcript, which is due on June 30, 2014. Accordingly, the court denies as moot the motion for extension of time to file the opening brief and appendix. Counsel may renew the motion for an extension of time, if necessary, after the briefing schedule is re-established.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk