IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff – Appellee | : | |
| V. | : | CASE NO. 14-4199 |
| JERMAINE STEPHEN FINCH | : | |
| Defendant – Appellant | : | |

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff – Appellee | : | |
| V. | : | CASE NO. 14-4212 |
| JEROME ELLIOT FINCH | : | |
| Defendant – Appellant | : | |

## MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT WITH THE JOINT APPENDIX

The appellant, Jermaine Finch, by and through counsel, moves for leave to file a physical exhibit with the joint appendix and states and alleges:

1. The cases of Jermaine Finch and Jerome Finch were consolidated on appeal.

2. The opening brief and joint appendix are due on Monday, September 8, 2014.

3. Government's Exhibit 1, a DVD, is included as a portion of the Joint Appendix.

4. Government's Exhibit 1 is a DVD video recording of the traffic stop made by the patrol officer's car video recording system.

5. Government's Exhibit 1 was introduced into evidence at the motion to suppress hearing and was admitted as an exhibit.

6. Government's Exhibit 1 is relevant to the Fourth Amendment issues raised by the appellants, Jermaine Finch and Jerome Finch, on the motion to suppress hearing.

7. The appellants refer to the Government's Exhibit 1 in their consolidated brief.

8. The government, represented by Terry M. Meinecke, Assistant United States Attorney for the Middle District of North Carolina, does not oppose this motion.

Now therefore, the appellant, Jermaine Finch, by and through counsel, moves that the Fourth Circuit Court of Appeals allow the appellants to file a physical exhibit, a DVD, Government's Exhibit 1, with the joint appendix to the brief.

Respectfully submitted,

This the 4th day of September, 2014.

/s/ George E. Crump, III
George E. Crump, III
Attorney at Law   N.C.S.B. # 7676
PO Box 1523
Rockingham, NC 28380
(910) 997-5544
georgecrump@bellsouth.net
Attorney for the Appellant,
Jermaine Finch

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2014, I caused this Motion for Leave to File Physical Exhibit with the Joint Appendix to be filed electronically with the Clerk of Court using CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Terry M. Meinecke, AUSA
Office of the U.S. Attorney
PO Box 1858
Greensboro, NC 27402
(336) 333-5351

Craig Mitchell Cooley, Attorney
Cooley Law Office
201 West Main Street
Suite 301
Durham, NC 27701

This the 4th day of September, 2014.

_____
George E. Crump, III
Attorney at Law N.C.S.B. #7676
PO Box 1523
Rockingham, NC 28380
(910) 997-5544
georgecrump@bellsouth.net
Attorney for the Appellant,
Jermaine Finch