FILED: September 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4199 (L)
(1:13-cr-00311-WO-1)
(1:13-cr-118-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JERMAINE STEPHEN FINCH

      Defendant - Appellant

_____

O R D E R
_____

Upon review of the submissions relative to the motion for leave to file an exhibit with the joint appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk