UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 5, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.  14-4199 (L), <u>US v. Jermaine Finch</u>
              1:13-cr-00311-WO-1, 1:13-cr-118-1

TO:   Craig Mitchell Cooley
      George Entwistle Crump

SEALED DOCUMENT CORRECTION DUE:  September 10, 2014  September 10, 2014

Please make the correction identified below by the due date indicated.

[ ] <u>Sealed Document Entry</u>: You must re-file your document using the **SEALED DOCUMENT** entry so that the document is not available on the public docket.

**[X] <u>Certificate of Confidentiality</u>: for the DVD video of the traffic stop.**

[ ] <u>Public and Sealed Versions of Document</u> : You must file both a sealed version and a public version of the document. The sealed version must have sealed material highlighted, and the public version must have sealed material redacted.

[ ] <u>Motion to Seal</u>: If it is necessary to file the entire document under seal and not possible to prepare a redacted version, you must file a motion to seal the document (**MOTION / seal**), explaining why sealing is necessary and why a redacted version cannot be prepared. Even if you file both redacted and sealed versions of the document, a motion to seal is also required if you are sealing material that was not previously sealed by virtue of statute, rule, regulation, or order.

[ ] <u>Motion to Seal on Public Docket</u>: A motion to seal must appear on the public docket for five calendar days prior to ruling by the court. Therefore, the motion to

seal must be filed in public form using the **MOTION / seal** entry. If it is necessary to reference sealed information, the sealed portion of the motion must be filed separately using the entry **SEALED DOCUMENT**.

[ ] Separate Service of Sealed Document: Sealed documents or motions must be served on opposing counsel in paper form since they are not accessible to counsel through CM/ECF.


Sharon A. Wiley, Deputy Clerk
804-916-2704