# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 10, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.  14-4199 (L), <u>US v. Jermaine Finch</u>

              1:13-cr-00311-WO-1, 1:13-cr-118-1

TO:     George Entwistle Crump

**SEALED DOCUMENT CORRECTION DUE:  September 15, 2014**

Please make the correction identified below by the due date indicated.

---

[ x ] <u>Certificate of Confidentiality</u>: If you are sealing only personal data identifiers or information sealed below, you must file a certificate of confidentiality identifying the authority for keeping the information sealed.  ***Please file an amended certificate of confidentiality verifying that the DVD video of the traffic stop was placed under seal by the district court or, if it was not, file a motion to seal in this court.***

---

[ ] <u>Motion to Seal</u>: If it is necessary to file the entire document under seal and not possible to prepare a redacted version, you must file a motion to seal the document (**MOTION / seal**), explaining why sealing is necessary and why a redacted version cannot be prepared. Even if you file both redacted and sealed versions of the document, a motion to seal is also required if you are sealing material that was not previously sealed by virtue of statute, rule, regulation, or order.

---

[ ] <u>Motion to Seal on Public Docket</u>: A motion to seal must appear on the public docket for five calendar days prior to ruling by the court. Therefore, the motion to seal must be filed in public form using the **MOTION / seal** entry. If it is necessary to reference sealed information, the sealed portion of the motion must be filed separately using the entry **SEALED DOCUMENT**.

---

[ ] <u>Separate Service of Sealed Document</u>: Sealed documents or motions must be served on opposing counsel in paper form since they are not accessible to counsel through CM/ECF.

Sharon A. Wiley, Deputy Clerk
804-916-2704